UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY W. FERNANDEZ,

    Plaintiff,

v.

CTF HEALTH CARE SERVICES, et al.,

    Defendants.

Case No. 25-cv-00556-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, the Court has dismissed this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/16/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge